Civil Action No. **3:23-CV-00239-GCM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
CHARLOTTE, NC

MAY 22 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

This summons for **Headstart Warranty Group, LLC** was recieved by me on **5/05/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Brittany Buzzbee**, who is designated by law to accept service of process on behalf of **Headstart Warranty Group, LLC** at **Registered Agents Inc, 5900 Balcones Dr Suite 100, Austin, TX 78731** on **05/08/2023 at 9:53 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 510.00** for services, for a total of **$ 510.00**.

I declare under penalty of perjury that this information is true.

Date: 05/08/2023

*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Brittany Buzzbee who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs. Agent**



Tracking #: 0106076372

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| Craig Cunningham <br><br><br> _Plaintiff(s)_ <br> v. <br> Headstart Warranty Group, LLC et al <br><br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-239 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Headstart Warranty Group, LLC, is a Texas corporation and can be served via registered agent United Corporate Services, Inc., 815 Brazos Street, ste 500 Austin, Tx 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham, Plaintiff, Pros-e, 615-348-1977, projectpalehorse@hushmail.com,

3000 Custer Road, ste 270-206, Plano, Tx 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_signature_ Date **4/27/2023**

Frank G. Johns, Clerk
United States District Court