Civil Action No.   3:23-CV-00239-GCM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **MIDWEST CASUALTY INSURANCE COMPANY** was recieved by me on **5/03/2023:**

FILED
CHARLOTTE, NC

MAY 22 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kimberly Coleman**, who is designated by law to accept service of process on behalf of **MIDWEST CASUALTY INSURANCE COMPANY** at **14114 Dallas Parkway STE 600, DALLAS, TX 75254** on **05/11/2023 at 1:29 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  05/11/2023

_____
Server's signature

**David Yates**
Printed name and title

1400 Preston Road
Suite 400
Plano, TX 75093

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Kimberly Coleman who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 80-120 lbs with glasses.**



Tracking #: 0106350372

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| Craig Cunningham | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3::23-cv-239 |
| Headstart Warranty Group, LLC et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Midwest Casualty Insurance Company is a Texas corporation that also operates in can be served via registered agent or at their coprorate office 14114 N. Dallas Parkway, ste 600 Dallas, Tx 75254

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham, Plaintiff, Pros-e, 615-348-1977, projectpalehorse@hushmail.com, 3000 Custer Road, ste 270-206, Plano, Tx 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date  **4/27/2023**

*[signature: Frank D. Johns]*

Frank G. Johns, Clerk
United States District Court