Civil Action No. **3:23-CV-00239-GCM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
CHARLOTTE, NC

MAY 22 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

This summons for **JCHW, LLC** was recieved by me on **5/03/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **James Blakey**, who is designated by law to accept service of process on behalf of **JCHW, LLC** at **1416 Synergy, IRVINE, CA 92614** on **05/06/2023 at 8:42 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/06/2023

*Server's signature*

**Michael Maher**
*Printed name and title*

**6141 Killarney Ave
Garden Grove, CA 92845**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to semaj blakey who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 18-25 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**



# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Craig Cunningham <br><br> *Plaintiff(s)* <br> v. <br> Headstart Warranty Group, LLC et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3::23-cv-239 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JCHW, LLC is a California corporation that can be served via registered agent James Blakey at 1416 Synergy, Irvine, CA 92614 or 20432 Spectrum, Irvine, CA 92618 or James Blakey is a natural person who can be served at 1416 Synergy, Irvine, CA 92614 or 20432 Spectrum, Irvine, CA 92618.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham, Plaintiff, Pros-e, 615-348-1977, projectpalehorse@hushmail.com, 3000 Custer Road, ste 270-206, Plano, Tx 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date    **4/27/2023**

*/s/ Frank D. Johns*

Frank G. Johns, Clerk
United States District Court