3000 Custer RD
Ste 270-206
Plano, TX 75075

  

RECEIVED
Charlotte, NC

MAY 2 2 2023

Clerk, US District Court
Western District NC

US District Court
401 West Trade
Rm 1200
Charlotte, NC 28202