## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **CRAIG CUNNINGHAM,** *Pro-se*,<br><br>*Plaintiff*,<br><br>v.<br><br>**HEADSTART WARRANTY GROUP, LLC, VEHICLE SERVICE DEPARTMENT, SING FOR SERVICE, LLC dba MEPCO, MICHAEL STAFFORD, AUTO KNIGHT MOTOR CLUB, INC., MIDWEST CASUALTY INSURANCE COMPANY, JCHW, INC., JAMES BLAKEY, TIMOTHY SCHUUR and JOHN/JANE DOES 1-5,**<br><br>*Defendants*. | **Case No. 3:23-CV-239-GCM** |

### DEFENDANT HEADSTART WARRANTY GROUP, LLC'S DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Defendant Headstart Warranty Group, LLC ("Headstart") hereby submits the following Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Is the party a publicly held corporation or other publicly-held entity?

    _____ Yes     __X__ No

2. Does the party have any parent corporations?

    _____ Yes     __X__ No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:  N/A

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other public entity?

159514038v1

_____ Yes     __X__ No

If yes, identify all such owners: N/A

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

   _____ Yes     __X__ No

   If yes, identify the entity and the nature of its interest: N/A

5. Is the party a trade association?

   _____ Yes     __X__ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own more than 10% of a member's stock: N/A

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A

DATED: July 28, 2023

**HEADSTART WARRANTY GROUP, LLC**

By: /s/ James D. Horne, Jr.
James D. Horne, Jr. (N.C. State Bar No. 38737)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-998-6515/Facsimile: 704-998-4051
Email: jim.horne@troutman.com

Virigina Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509/Facsimile: 704-998-4051
Email: virginia.flynn@troutman.com

*Counsel for Co-defendnants Headstart Warranty Group, LLC, JCHW, Inc., James Blakey, and Timothy Schuur*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July 2023, I electronically filed the foregoing *DEFENDANT HEADSTART WARRANTY GROUP, LLC'S DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record. The undersigned will also provide a copy of the same to the following, via U.S. Mail:

Mr. Craig Cunningham
3000 Custer Road
Suite 270-206
Plano, Texas 75075

/s/ James D. Horne, Jr.
James D. Horne, Jr. (N.C. State Bar No. 38737)